**United States District Court**
For the Northern District of California

**\*E-Filed 2/7/11\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JOHN WILLIAM WALLACE                          No. C 11-80007 RS

       Plaintiff,

                                      **ORDER**

   v.

STATE OF CALIFORNIA, et al.,

       Defendants.

_____/

     By Order issued on November 17, 2004, Judge Fern Smith of this District required pre-filing review of all papers submitted by plaintiff naming the United States Government as a defendant. The complaint in the instant action, while possibly naming the State of California as defendant, includes a number of federal government departments in an incomprehensible list.  Moreover, the Court is unable to identify any stated claim in the papers.  Leave to proceed is denied.

     IT IS SO ORDERED.

Dated:  2/4/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE